UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:  Case No. 11-45116 (CEC)
In re                                                               :
:
SHAKER GARDENS INC.,                             :   (Chapter 11)
:
                        Debtor.            :
:
------------------------------------------------------------ x

## ORDER DISMISSING CASE

Upon the motion of Tracy Hope Davis, United States Trustee for Region 2, filed on September 9, 2011 to dismiss this case, pursuant to 11 U.S.C. § 1112(b), and upon the hearing held before this Court on October 19, 2011, and it appearing that appropriate notice has been given, and cause existing for the relief requested, it is

ORDERED that the case of Shaker Gardens, Inc., commenced under chapter 11 of the Bankruptcy Code, be and hereby is dismissed pursuant to 11 U.S.C. § 1112(b), with prejudice to the Debtor refiling a bankruptcy case for the six month period following the date of entry of this order but without prejudice to the Debtor seeking reconsideration of this Order and the United States Trustee or any other party in interest opposing such reconsideration; and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.



**Dated: Brooklyn, New York**
     **October 27, 2011**

_____
    **Carla E. Craig**
**United States Bankruptcy Judge**